FILED
ASHEVILLE, N.C.
SEP 1 4 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN THE MATTER OF THE TAX )
INDEBTEDNESS OF )
) NO. 1:06mc165
HENSON FLORIST, INC. )

### ORDER FOR ENTRY ON PREMISES TO SEIZE, TO INVENTORY PROPERTY, AND TO CONDUCT DISTRAINT SALE OF SEIZED PROPERTY

Upon the application of Revenue Officer Angela Allen of the Internal Revenue Service through her attorney, Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order requesting authorization for Angela Allen and/or other designated employees of the Internal Revenue Service to enter the premises owned by Patrick Smathers and occupied by Henson Florist, Inc., at 2 Church Street, Canton, North Carolina, and the premises owned by Floyd and Lillian Brooks and occupied by Henson Florist, Inc., at 68 Howell Street, Waynesville, North Carolina, in order to seize and inventory property and to conduct a distraint sale of the seized property on said premises in satisfaction of unpaid federal tax, together with her affidavit in support of that application, and the Court finding on the basis of the affidavit that there is probable cause to believe that property or rights to property belonging to Henson Florist, Inc., which are subject to levy, including seizure and sale, by the United States, pursuant to

I.R.C. §§ 6331 and 6335, are located on or within the premises described, and this Court having jurisdiction pursuant to 26 U.S.C. § 7402(a);

IT IS ORDERED AND DECREED that Angela Allen and/or other designated employees of the Internal Revenue Service are authorized to enter the premises described for the purposes of searching for, seizing, and inventorying the property of Henson Florist, Inc., as set forth in the affidavit or authorized by 26 U.S.C. § 6331, and to re-enter the premises described as is reasonably necessary for the accomplishment of said purposes, as well as for the further purpose of conducting a distraint sale of seized property, pursuant to I.R.C. §§ 6331 and 6335. In making such searches, seizures, or inventories of property and in conducting such distraint sale or sales as may be reasonably required pursuant to this order, such revenue officers are directed to enter the described premises during normal business hours.

This ____15th____ day of ____Sept____, 2006.

_____
DENNIS L. HOWELL, UNITED STATES MAGISTRATE JUDGE